PEOPLE, PLAINTIFF AND APPELLEE, v. LUNA, DEFENDANT AND
APPELLANT.

APPEAL from the District Court of Humacao in a Prosecution
for Violation of Section 162 of the Penal Code.

No. 971.—Decided April 28, 1916.

Decided on the grounds of the opinion delivered in Case No. 969, *People* v. *Almo-
dóvar*, *ante*.

Mr. *Arturo Aponte, Jr.*, for the appellant.
Mr. *Salvador Mestre, fiscal*, for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Al-
drey and Hutchison concurred.